**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 10-2279**

─────────────

MICHAEL CORNELIUS,

               Plaintiff – Appellant,

    v.

COLUMBIA, CITY OF, South Carolina,

               Defendant – Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, District Judge.  (3:08-cv-02508-CMC)

─────────────

Submitted:  April 22, 2011         Decided:  May 5, 2011

─────────────

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael Cornelius, Appellant Pro Se.  William Allen Nickles, III, Carl Lewis Solomon, GERGEL, NICKLES & SOLOMON, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Cornelius appeals the district court's orders adopting the recommendations of the magistrate judge and granting summary judgment to Defendant in Cornelius' civil action alleging retaliation, in violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.A. §§ 621-34 (West 2008 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cornelius v. Columbia, City of, No. 3:08-cv-02508-CMC (D.S.C. Mar. 26, 2010; Oct. 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED